**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:24-cv-00979

| | |
|---|---|
| CHROME HEARTS, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br>v.<br><br>CROCS RETAIL, LLC, a Colorado Limited Liability Company; and DOES 1-10, inclusive,<br><br>Defendants. | |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT FOR PLAINTIFFS

Pursuant to Fed. R. Civ. P. 7.1(a) and Local Rule 7.4, Plaintiff Chrome Hearts LLC through its undersigned counsel, represent the following:

Chrome Hearts LLC is the only subsidiary of Chrome Hearts LLC, a Limited Liability company.

Dated: April 11, 2024
Manhattan Beach, CA

Respectfully Submitted,

By: _/s/ Brent H. Blakely_____
Brent H. Blakely
Blakely Law Group
1334 Parkview Avenue, Suite 280
Manhattan Beach, CA 90266
Telephone: (310) 546-7400
**Attorney for Plaintiff**

1