**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:24-cv-00979-NYW-KAS

CHROME HEARTS, LLC, a Delaware Limited Liability Company,

                Plaintiff,

v.

CROCS RETAIL, LLC, a Colorado Limited Liability Company; and DOES 1-10, inclusive,

                Defendants.

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i), plaintiff Chrome Hearts LLC hereby voluntarily dismisses the above-captioned action without prejudice. No defendant has made an appearance in this action.

Dated: April 17, 2024  
       Manhattan Beach, CA

Respectfully Submitted,

By: __/s/ Brent H. Blakely_____  
Brent H. Blakely  
Blakely Law Group  
1334 Parkview Avenue, Suite 280  
Manhattan Beach, CA 90266  
Telephone: (310) 546-7400  
**Attorney for Plaintiff**